**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3809

_____

| | | |
|---|---|---|
| James Stickley, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| Tony Clark, and every prisoner in | * | |
| Administrative Segregation and | * | |
| Punitive Isolation; Carl Dwayne | * | |
| Prince, | * | Appeal from the United States |
| | * | District Court for the |
| Appellants, | * | Eastern District of Arkansas. |
| | * | [UNPUBLISHED] |
| v. | * | |
| | * | |
| Arkansas Board of Correction; | * | |
| Recreational Committee; Max Mobley, | * | |
| Assistant Director over Treatment | * | |
| Services, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: March 23, 1998

Filed: March 26, 1998

_____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit
Judges.

_____

PER CURIAM.

Tony Clark and Carl Prince, Arkansas inmates appeal the district court's[1] dismissal of their 42 U.S.C. § 1983 action. After a careful review of the record and the parties' submissions on appeal, we affirm for the reasons given by the district court. See 8th Cir. R. 47B.

The judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry J. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.